## LESTER B. FRENCH v. THE DETROIT FREE PRESS COMPANY.

[See 76 Mich. 338; 85 Id. 453.]

*Libel and slander.*

This case is ruled by *McAllister v. Free Press Co., ante*, 164.

Error to Wayne. (Hosmer, J.) Argued February 16, 1893. Decided March 10, 1893.

Case. Defendant brings error. Affirmed. The facts are stated in 76 Mich. 338, 85 Id. 453, and *ante*, 164.

*F. A. Baker*, for appellant.

*Corliss, Andrus & Leete* (*Edwin F. Conely*, of counsel), for plaintiff.

McGRATH, J. The questions raised in this record are the same as those disposed of in *McAllister v. Free Press Co., ante,* 164, and this case is ruled thereby, and the judgment is affirmed.

HOOKER, C. J., LONG and GRANT, JJ., concurred. MONTGOMERY, J,, did not sit,